# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SHERRY BOSSICK,

    Plaintiff,

v.                                  Case No. 8:20-cv-842-T-KKM-TGW

AMERICAN LAW GROUP and
CHRIS LIMBEROPOULOS,

    Defendants.
_____/

## ORDER

The parties move jointly for the Court to review in camera their settlement of the plaintiff's Fair Labor Standards Act (FLSA) claims. (Doc. 18). Alternatively, the parties ask that the Court hold a status conference "where the settlement agreement can be reviewed in open court without requiring it to be filed on the public docket." (*Id.* at 7).

The Court is required to review the terms of the FLSA agreement. *See Lynn's Food Stroes, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). And the public has a common-law right to access judicial records. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). Here, the parties failed to establish good cause for overcoming the public's right to access judicial records. *See Romero v. Drummond Co.*, 480 F.2d 1234, 1246 (11th Cir. 2007) (discussing factors courts consider in deciding whether good cause exists to overcome the public's access to judicial records).

But the Court will grant the parties' alternative request for a status conference, during which the parties may read the FLSA settlement agreement into the record. Accordingly, the following is **ORDERED**:

1. The "Joint Motion to Approve Settlement, Joint Motion for In Camera Review or, in the Alternative, Joint Motion for Status Conference" (Doc. 18) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

2. The Court will allow the parties to present the FLSA settlement agreement terms orally during a status conference.

3. A status conference via Zoom on the FLSA settlement agreement is set for May 25, 2021, at 1:00 p.m.

**DONE** in Tampa, Florida, on May 10, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge